

MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 4, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO MCKINLEY | CIVIL ACTION |
| VERSUS | NO. 00-200 |
| ED BYERLY ET AL. | SECTION "L" (2) |

    Plaintiff has filed a pro se and in forma pauperis civil action pursuant to 42 U.S.C. § 1983. **IT IS ORDERED** that on or before **March 3, 2000**, plaintiff must provide the Court with the following:

1. A written list of the full names of all persons whom plaintiff contends violated his constitutional rights under the facts alleged in this lawsuit.

2. A written statement advising the Court whether plaintiff is presently incarcerated based on a conviction and, if so, the date of conviction.

3. A written statement of the facts expected to be offered at trial either orally or as documents.

4. A complete and specific list of all documents to be offered at trial.

DATE OF ENTRY FEB - 9 2000



5. A complete list of all witnesses to be called at trial, including:

   a. Name and address of each witness.

   b. A separate summary of the expected testimony of each witness.

Plaintiff is to furnish the court with his D.O.C. number, date of birth and social security number so that he may be readily identified in the event he is transferred from one institution to another.

Plaintiff must send a copy of the above information to the defendants' attorney, Freeman Matthews, Usry and Weeks, 2800 Veterans Blvd., Suite 180 - Latter Center West, P. O. Box 6645, Metairie, LA 70009-6645. Plaintiff must send copies of all motions sent to the Court to opposing counsel. Failure to comply with the orders of this Court may result in dismissal of this action.

**IT IS FURTHER ORDERED** that counsel for defendants must furnish a **verified** copy of the medical records of plaintiff to the undersigned magistrate judge within thirty (30) days of the date of this minute entry. A copy of these records should also be sent to plaintiff.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
DAVID J. NORMAN
STEPHEN M. LARUSSA & ASSOCS.
303 VERRET STREET
P.O. DRAWER 2067
HOUMA, LA 70361-2067