MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 25, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO MCKINLEY | CIVIL ACTION |
| VERSUS | NO. 00-200 |
| ED BYERLY ET AL. | SECTION "L" (2) |

A preliminary conference by telephone is hereby scheduled with the undersigned magistrate judge on **March 30, 2000 at 10:30 a.m.**  The purpose of the conference is to examine the basis of plaintiff's claims and to select pre-trial and trial dates, if appropriate. The magistrate judge's office will initiate the conference call.

The Clerk is directed to send a copy of this minute entry to the Warden of the Hunt Correctional Center in St. Gabriel, Louisiana.  **The Warden is directed to have plaintiff, Mario McKinley #125053, made available by telephone for the conference.**

DATE OF ENTRY  FEB 2 8 2000

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

_____

**CLERK TO NOTIFY:**

**WARDEN
HUNT CORRECTIONAL CENTER
P. O. BOX 174
ST. GABRIEL, LA  70776**

**<u>AND</u>**

**DAVID J. NORMAN
STEPHEN M. LARUSSA & ASSOCS.
303 VERRET STREET
P.O. DRAWER 2067
HOUMA, LA 70361-2067**

2