FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 15 A 11: 44

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIO MCKINLEY                               CIVIL ACTION NO. 00-0200

VERSUS                                       SECTION: "L" (2)

ED BYERLY, ET AL

∎∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙

FIRST MOTION AND ORDER FOR EXTENSION OF
TIME IN WHICH TO FILE RESPONSIVE PLEADINGS

∎∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙

NOW INTO COURT, comes the named defendants, Ed Byerly, Head Nurse Kelly, Medical Administrator of Terrebonne Parish Jail, who respectfully move this Honorable Court for an order allowing an additional thirty (30) days whtin which to file responsive pleadings to the complaint filed in this matter by the plaintiff, Mario Mckinley, and upon showing that the Counsel of record for the above named defendants will be Barry Ray Laiche, Assistant Parish Attorney, Bank One Tower, 8026 Main Street, Suite 520, Houma, Louisiana 70360. The above named defendants further show that granting this motion will not unduly delay or retard the progress of this matter.

DATE OF ENTRY
MAR 17 2000



WHEREFORE, the above named defendants pray for an ORDER allowing an additional thirty (30) days within which to file responsive pleadings in the above captioned matter.

Respectfully Submitted,

BY: /s/ Barry Ray Laiche
**Barry Ray Laiche**
Bar Roll No.: 22456
Bank One Tower
8026 Main Street,
Suite 520
Houma, Louisiana 70360
Telephone: (504) 876-3885
Facsimile: (504) 876-4298
**Asst. Parish Attorney**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIO MCKINLEY                     CIVIL ACTION NO. 00-0200

VERSUS                             SECTION: "L" (2)

ED BYERLY, ET AL

................................................................

ORDER

................................................................

Considering the foregoing motion,

IT IS ORDERED that, the named defendants, Ed Byerly, Head Nurse Kelly, Medical Administrator of Terrebonne Parish Jail, be and are hereby granted an additional thirty (30) days in which to file responsive pleadings in the above captioned matter.

Thus done and signed in New Orleans, Louisiana, this _17th_ day of _March_, 2000.

_____
MAGISTRATE JUDGE