

MINUTE ENTRY
WILKINSON, M.J.
MARCH 30, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO MCKINLEY | CIVIL ACTION |
| VERSUS | NO. 00-200 |
| ED BYERLY ET AL. | SECTION "L" (2) |

Plaintiff has filed a motion to amend the complaint in this matter. Accordingly, defendants are hereby ordered to respond to plaintiff's motion by **April 18, 2000**. Thereafter the motion will be decided on the briefs without oral argument.

DATE OF ENTRY
MAR 3 1 2000

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE