

MINUTE ENTRY
WILKINSON, M.J.
MARCH 30, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO MCKINLEY | CIVIL ACTION |
| VERSUS | NO. 00-200 |
| ED BYERLY ET AL. | SECTION "L" (2) |

      The Clerk is directed to file the attached medical records, as verified, in the record of the above-captioned case.

DATE OF ENTRY
MAR 3 1 2000

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE