UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIO MCKINLEY              CIVIL ACTION NO. 00-0200

VERSUS                      SECTION: "L" (2)

ED BYERLY, ET AL

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

MOTION TO ALLOW FILING
OF
SUPPLEMENTAL ANSWER

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

NOW INTO COURT, comes the named defendants, Ed Byerly and Head Nurse Kelly, both believed to be employees of the Terrebonne Parish Consolidated Government and working at the Terrebonne Parish Jail, who respectfully move this Honorable Court for an order allowing said defendants to file a SUPLLEMENTAL ANSWER to the complaint filed by the plaintiff herein, and for the following reasons, to wit:

1.

Defendants herein have been able to confirm additional facts relative to the plaintiff, specifically that he has filed numerous lawsuits which have either been determined to be legally frivolous and/or are likely to be determined to be legally frivolous, and such facts warrant the defendants asserting such as an affirmative defense.

2.

The filing of a SUPPLEMENTAL ANSWER will not in any way retard the progress of this litigation.

DATE OF ENTRY

APR 5 2000

WHEREFORE, the above named defendants pray for an ORDER allowing the filing of a SUPPLEMENTAL ANSWER in the above captioned matter.

Respectfully Submitted,

BY: /s/ Barry Ray Laiche
**Barry Ray Laiche**
Bar Roll No.: 22456
Bank One Tower
8026 Main Street,
Suite 520
Houma, Louisiana  70360
Telephone:  (504) 876-3885
Facsimile:   (504) 876-4298
**Asst. Parish Attorney**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIO MCKINLEY                CIVIL ACTION NO. 00-0200

VERSUS                        SECTION:  "L" (2)

ED BYERLY, ET AL

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

MEMORANDUM IN SUPPORT OF
MOTION TO ALLOW FILING
OF
SUPPLEMENTAL ANSWER

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

MAY IT PLEASE THE COURT:

Presently before this Honorable Court is a Motion seeking an order which would allow the defendants to file a SUPLLEMENTAL ANSWER to the complaint filed by the plaintiff herein. The underlying basis of the said Motion, and in fact the necessity of filing a Supplemental Answer, is that the defendants herein have been able to confirm additional facts relative to the plaintiffs litigation history. Specifically this plaintiff has filed numerous lawsuits which have either been determined to be legally frivolous and/or are highly likely to be determined to be legally frivolous. Considering the apparent underlying allegations of fact made by this plaintff in the present case, defendants assert that allegations appear to warrant these defendants asserting such as an affirmative defense.

Beyond the forgoing, these defendants do not believe that the filing of their SUPPLEMENTAL ANSWER will not in any way retard the progress of this litigation.

Respectfully Submitted,

BY: _____
**Barry Ray Laiche**
Bar Roll No.: 22456
Bank One Tower
8026 Main Street,
Suite 520
Houma, Louisiana  70360
Telephone:  (504) 876-3885
Facsimile:   (504) 876-4298
**Asst. Parish Attorney**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIO MCKINLEY                     CIVIL ACTION NO. 00-0200

VERSUS                             SECTION: "L" (2)

ED BYERLY, ET AL

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

ORDER ALLOWING FILING OF
SUPPLEMENTAL ANSWER

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

    Considering the foregoing motion,

    IT IS ORDERED that, the *motion of* named defendants, Ed Byerly, Head Nurse Kelly, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to file their SUPPLEMENTAL ANSWER in the above captioned matter, *will be determined on the record without oral argument. Plaintiff must file written opposition to the motion, if he has any, no later than April 17, 2000.*

    Thus done and signed in New Orleans, Louisiana, this 4th day of April, 2000.

_____
MAGISTRATE JUDGE