

MINUTE ENTRY
WILKINSON, M. J.
APRIL 19, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

MARIO MCKINLEY                          CIVIL ACTION

VERSUS                                  NO. 00-200

ED BYERLY ET AL.                        SECTION "L" (2)

### HEARING ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:        Defendants' Motion to Allow Filing of Supplemental Answer

O R D E R E D:

__XXX__ :      GRANTED:  The policy of the Federal Rules of Civil Procedure is liberal
               in favor of permitting amendment of pleadings, and the trial court's
               discretion is not broad enough to permit denial of leave to amend "unless
               there is a substantial reason" to do so. Dussouy v. Gulf Coast Investment
               Corp., 660 F.2d 594, 598 (5th Cir. 1981).  Thus, leave to amend "shall be
               freely given when justice so requires," Fed. R. Civ. P. 15(a), but "is by no
               means automatic." Wimm v. Jack Eckerd Corp., 3 F.3d 137, 139 (5th Cir.

DATE OF ENTRY

APR 1 9 2000

1993) (quotation omitted).   Relevant factors to consider include "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party, and futility of amendment."  Id.  The party seeking to amend bears the burden of showing that delay in bringing the amendment was due to oversight, inadvertence or excusable neglect. Parish v. Frazier, 195 F.3d 761 (5th Cir. Oct. 13, 1999).

Weighing the foregoing factors in this case indicates that the motion should be granted.  There is no reason to prohibit this pleading amendment.


JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE