UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO MCKINLEY | CIVIL ACTION |
| VERSUS | NO. 00-0200 |
| ED BYERLY, ET AL | SECTION "L" (2) |

*********************************************************************

## MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, come defendants, Ed Byerly and Head Nurse Kelly, Medical Administrator of Terrebonne Parish Jail, who move this Honorable Court for an Order granting leave to enroll, Danna E. Schwab, Assistant Parish Attorney, Schwab, Schwab & Fondren, 7847 Main Street, Houma, Louisiana 70360, as counsel of record in the above captioned matter. Defendants further show that granting this Motion will not delay or retard the progress of this matter.

**WHEREFORE,** defendants, Ed Byerly and Head Nurse Kelly, pray for leave to enroll Danna E. Schwab, Schwab, Schwab & Fondren, 7847 Main Street, Houma, Louisiana 70360, as counsel of record for the defendants in the above captioned matter.

RESPECTFULLY SUBMITTED:

CAROLYN MCNABB
PARISH ATTORNEY

_____
DANNA E. SCHWAB (#20367)
ASSISTANT PARISH ATTORNEY
7847 Main Street
Houma, Louisiana 70360
Telephone: 504-868-1342

DATE OF ENTRY
JUN 1 6 2000

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served on all counsel of record by placing same in the U.S. Mail, properly addressed and postage prepaid.

Houma, Louisiana, this 13 day of June, 2000.

_____
DANNA E. SCHWAB (#20367)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO MCKINLEY | CIVIL ACTION |
| VERSUS | NO. 00-0200 |
| ED BYERLY, ET AL | SECTION "L" (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion,

**IT IS ORDERED** that Danna E. Schwab, be and she is hereby enrolled as attorney of record for defendants, Ed Byerly and Head Nurse Kelly.

Signed in New Orleans, Louisiana, this _14th_ day of _June_, 2000.

_____
**UNITED STATES MAGISTRATE JUDGE**