U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUN 30 2000

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
JUNE 29, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO MCKINLEY | CIVIL ACTION |
| VERSUS | NO. 00-200 |
| ED BYERLY ET AL. | SECTION "L" (2) |

The Clerk of Court's Court Reporter Section is hereby directed to take possession of the cassette tape of the hearing conducted on March 30, 2000 and recorded in chambers in the above-captioned case and hold same for further use.

DATE OF ENTRY
JUN 3 0 2000

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE