

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO MCKINLEY | CIVIL ACTION |
| VERSUS | NO. 00-200 |
| ED BYERLY ET AL. | SECTION "L" (2) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, **IT IS ORDERED** that plaintiff's motion to amend is DENIED as futile.

**IT IS FURTHER ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 31 day of July, 2000.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 3 1 2000