

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIO MCKINLEY                                                    CIVIL ACTION

VERSUS                                                            NO. 00-200

ED BYERLY ET AL.                                                  SECTION "L" (2)

## J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendants, Ed Byerly and Head Nurse Kelly, and against plaintiff, Mario McKinley, dismissing plaintiff's complaint with prejudice as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 31 day of July, 2000.

DATE OF ENTRY
JUL 3 1 2000

UNITED STATES DISTRICT JUDGE